**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF SOUTH CAROLINA**

**GREENVILLE DIVISION**

| | | |
|---|---|---|
| Charles Crummie and Jamie Crummie,<br><br>Plaintiffs,<br><br>vs.<br><br>Nurse Assist, LLC, Neurovend, LLC d/b/a Stateside Medical Supply, Amazon.com, Inc., Tower Three Partners LLC, LBC Credit Partners IV, L.P., LBC-P Credit Fund, L.P., LBC-A Credit Fund, L.P., CIFC Asset Management, LLC, and CIFC LLC,<br><br>Defendants. | ) | C/A No. 6:26-cv-00542-SAC<br><br>**DEFENDANT AMAZON.COM, INC.'S ANSWER TO PLAINTIFFS' AMENDED COMPLAINT** |

Defendant Amazon.com, Inc. ("Amazon") answers Plaintiffs Charles Crummie and Jamie Crummie's (collectively, "Plaintiffs") Amended Complaint, filed in the United States District Court for the District of South Carolina, Greenville Division on July 15, 2026, in Civil Action No. 6:26-cv-00542-SAC (the "Complaint"), as set forth below.

Amazon's responses are made upon information and belief, and Amazon reserves the right to amend or supplement its responses to the allegations in the Amended Complaint and its affirmative and other defenses based on further case investigation and discovery. Amazon expressly reserves the right to amend its Answer, to seek leave to amend its Answer, and to modify or assert all claims, defenses, counterclaims, and third-party claims as permitted by law. Except as specifically admitted herein, all allegations in the Amended Complaint are denied. Subject to the qualifications above, Amazon responds to the correspondingly numbered paragraphs of Plaintiffs'

Amended Complaint as follows:

1. Amazon denies the allegations directed against it in Paragraph 1. With respect to the allegations in Paragraph 1 that are directed toward a defendant other than Amazon, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 1 and therefore denies the allegations.

2. Amazon denies the allegations in Paragraph 2, including all footnotes.

3. Amazon admits that on November 6, 2023, Defendant Nurse Assist, LLC initiated a voluntary recall for certain lots of 0.9% Sodium Chloride Irrigation USP and Sterile Water for Irrigation USP "due to the potential for a lack of sterility assurance, which could result in a nonsterile product." Amazon further admits that Plaintiffs purport to selectively quote Nurse Assist's voluntary recall announcement. The referenced voluntary recall announcement speaks for itself. Amazon denies the remaining allegations in Paragraph 3, including all footnotes.

4. Amazon denies the allegations in Paragraph 4.

5. Amazon denies the allegations in Paragraph 5.

6. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 6 and therefore denies the allegations.

7. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 7 and therefore denies the allegations.

8. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 8 and therefore denies the allegations.

9. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 9 and therefore denies the allegations.

10. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 10 and therefore denies the allegations.

11. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 11 and therefore denies the allegations.

12. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 12 and therefore denies the allegations.

13. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 13 and therefore denies the allegations.

14. Amazon admits only that Amazon.com, Inc. is a Delaware corporation and that its principal place of business is in Washington. Except as expressly admitted, Amazon denies the allegations in Paragraph 14.

15. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 15 and therefore denies the allegations.

16. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 16 and therefore denies the allegations.

17. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 17 and therefore denies the allegations.

18. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 18 and therefore denies the allegations.

19. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 19 and therefore denies the allegations.

20. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 20 and therefore denies the allegations.

21. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 21 and therefore denies the allegations.

22. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 22 and therefore denies the allegations.

23. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 23 and therefore denies the allegations.

24. Amazon denies the allegations directed against it in Paragraph 24. With respect to the allegations in Paragraph 24 that are directed toward a defendant other than Amazon, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 24 and therefore denies the allegations.

25. Amazon denies the allegations directed against it in Paragraph 25. With respect to the allegations in Paragraph 25 that are directed toward a defendant other than Amazon, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 25 and therefore denies the allegations.

26. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 26 and therefore denies the allegations.

27. The allegations in Paragraph 27 state a legal conclusion to which no response is required. To the extent a response is required, Amazon denies the allegations in Paragraph 27.

28. Paragraph 28 states a legal conclusion to which no response is required. To the extent a response is required, Amazon states that it does not contest federal jurisdiction in this matter.

29. Amazon admits that on November 6, 2023, Defendant Nurse Assist, LLC initiated a voluntary recall for certain lots of 0.9% Sodium Chloride Irrigation USP and Sterile Water for

Irrigation USP "due to the potential for a lack of sterility assurance, which could result in a nonsterile product." Amazon denies the remaining allegations in Paragraph 29.

30. The allegations in Paragraph 30 state a legal conclusion to which no response is required. To the extent a response is required, Amazon admits that it is authorized to conduct business in South Carolina and that South Carolina residents can purchase products on Amazon.com. Except as expressly admitted, Amazon denies the remaining allegations directed against it in Paragraph 30. With respect to the allegations in Paragraph 30 that are directed toward a defendant other than Amazon, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 30 and therefore denies the allegations.

31. The allegations in Paragraph 31 state a legal conclusion to which no response is required. To the extent a response is required, Amazon denies the allegations in Paragraph 31.

32. The allegations in Paragraph 32 state a legal conclusion to which no response is required. To the extent a response is required, Amazon admits that South Carolina residents can purchase products on Amazon.com. Except as expressly admitted, Amazon denies the remaining allegations directed against it in Paragraph 32. With respect to the allegations in Paragraph 32 that are directed toward a defendant other than Amazon, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 32 and therefore denies the allegations.

33. The allegations in Paragraph 33 state a legal conclusion to which no response is required. To the extent a response is required, Amazon admits that South Carolina residents can purchase products on Amazon.com. Except as expressly admitted, Amazon denies the remaining allegations in Paragraph 33.

34. Responding to Paragraph 34, Amazon admits only that South Carolina residents can purchase products on Amazon.com. Amazon denies any allegations inconsistent with the foregoing and any remaining allegations directed against it in Paragraph 34. With respect to the allegations in Paragraph 34 that are directed toward a defendant other than Amazon, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 34 and therefore denies the allegations.

35. Amazon denies the allegations directed against it in Paragraph 35. With respect to the allegations in Paragraph 35 that are directed toward a defendant other than Amazon, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 35 and therefore denies the allegations.

36. Amazon denies the allegations directed against it in Paragraph 36. With respect to the allegations in Paragraph 36 that are directed toward a defendant other than Amazon, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 36 and therefore denies the allegations.

37. The allegations of Paragraph 37 state a legal conclusion to which no response is required. To the extent a response is required, Amazon admits only that South Carolina residents can purchase products on Amazon.com. Amazon denies any allegations inconsistent with the foregoing and any remaining allegations directed against it in Paragraph 37. With respect to the allegations in Paragraph 37 that are directed toward a defendant other than Amazon, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 37 and therefore denies the allegations.

38. Responding to Paragraph 38, Amazon admits only that South Carolina residents can purchase products on Amazon.com. Amazon denies any allegations inconsistent with the

foregoing and any remaining allegations directed against it in Paragraph 38. With respect to the allegations in Paragraph 38 that are directed toward a defendant other than Amazon, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 38 and therefore denies the allegations.

39. Amazon denies the allegations directed against it in Paragraph 39. With respect to the allegations in Paragraph 39 that are directed toward a defendant other than Amazon, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 39 and therefore denies the allegations.

40. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 40 and therefore denies the allegations.

41. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 41 and therefore denies the allegations.

42. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 42 and therefore denies the allegations.

43. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 43 and therefore denies the allegations.

44. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 44 and therefore denies the allegations.

45. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 45 and therefore denies the allegations.

46. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 46 and therefore denies the allegations.

47. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 47 and therefore denies the allegations.

48. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 48 and therefore denies the allegations.

49. Amazon admits only that on February 8, 2023, an Amazon account registered to "Denease Crummie" was used to order a "Sterile Saline for Wound & Irrigation – 500ml Bottle," identified by Amazon Standard Identification Number ("ASIN") B078YZDW2X, from third-party seller "Stateside Medical Supply" on Amazon.com via Order No. 113-6778573-4943461. Except as expressly admitted, Amazon denies the remaining allegations in Paragraph 49.

50. Amazon admits only that, on or about February 13, 2023, Order No. 113-6778573-4943461 was delivered to an address input by a purchaser using the Amazon account registered to "Denease Crummie." Except as expressly admitted, Amazon denies the remaining allegations in Paragraph 50.

51. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 51 and therefore denies the allegations.

52. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 52 and therefore denies the allegations.

53. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 53 and therefore denies the allegations.

54. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 54 and therefore denies the allegations.

55. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 55 and therefore denies the allegations.

56. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 56 and therefore denies the allegations.

57. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 57 and therefore denies the allegations.

58. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 58 and therefore denies the allegations.

59. Amazon admits only that on November 6, 2023, Defendant Nurse Assist, LLC initiated a voluntary recall for certain lots of 0.9% Sodium Chloride Irrigation USP and Sterile Water for Irrigation USP "due to the potential for a lack of sterility assurance, which could result in a nonsterile product." Amazon denies the remaining allegations directed against it in Paragraph 59. With respect to the allegations in Paragraph 59 that are directed toward a defendant other than Amazon, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 59 and therefore denies the allegations.

60. Amazon admits that Plaintiffs purport to selectively quote Nurse Assist's voluntary recall announcement. The referenced voluntary recall announcement speaks for itself. Amazon denies the remaining allegations directed against it in Paragraph 60, including all footnotes. With respect to the allegations in Paragraph 60 that are directed toward a defendant other than Amazon, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 60 and therefore denies the allegations.

61. Amazon admits that it sent correspondence advising of Defendant Nurse Assist LLC's voluntary recall of ASIN B078YZDW2X to all Amazon.com customers who ordered ASIN B078YZDW2X through Amazon.com on or about November 7, 2023. Except as expressly admitted, Amazon denies all allegations that are inconsistent with the foregoing and any remaining

allegations directed against it in Paragraph 61. With respect to the allegations in Paragraph 61 that are directed toward a defendant other than Amazon, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 61 and therefore denies the allegations.

62. Amazon denies that the subject Product, identified by ASIN B078YZDW2X, was contaminated. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 62 and therefore denies the allegations.

63. Amazon denies the allegations in Paragraph 63.

64. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 64 and therefore denies the allegations.

65. Amazon denies the allegations in Paragraph 65.

66. Amazon denies the allegations in Paragraph 66.

67. Amazon denies the allegations in Paragraph 67.

68. Amazon denies the allegations in Paragraph 68.

69. Amazon denies the allegations in Paragraph 69.

70. The allegations in Paragraph 70 state a legal conclusion to which no response is required. To the extent a response is required, Amazon denies the allegations in Paragraph 70.

**COUNT ONE: VIOLATION OF SOUTH CAROLINA CODE 1976 § 15-73-10**
**(Against All Defendants)**

71. In response to Paragraph 71, Amazon incorporates by reference its responses to all prior paragraphs of the Amended Complaint as though fully and effectively set forth verbatim herein.

72. The allegations in Paragraph 72 state a legal conclusion to which no response is required. To the extent a response is required, Amazon denies the allegations in Paragraph 72.

73. The allegations in Paragraph 73 state a legal conclusion to which no response is required. To the extent a response is required, Amazon denies the allegations directed against it in Paragraph 73. With respect to the allegations in Paragraph 73 that are directed toward a defendant other than Amazon, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 73 and therefore denies the allegations.

74. Amazon denies the allegations in Paragraph 74.

75. Amazon denies the allegations in Paragraph 75.

76. Amazon denies the allegations in Paragraph 76.

77. Amazon denies the allegations in Paragraph 77.

In response to the unnumbered "WHEREFORE" clause which follows Paragraph 77, Amazon denies that Plaintiffs are entitled to any relief from Amazon whatsoever, whether legal or equitable.

## COUNT TWO: STRICT PRODUCTS LIABILITY – FAILURE TO WARN
**(Against All Defendants)**

78. In response to Paragraph 78, Amazon incorporates by reference its responses to all prior paragraphs of the Amended Complaint as though fully and effectively set forth verbatim herein.

79. Amazon denies the allegations directed against it in Paragraph 79. With respect to the allegations in Paragraph 79 that are directed toward a defendant other than Amazon, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 79 and therefore denies the allegations.

80. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 80 and therefore denies the allegations.

81. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 81 and therefore denies the allegations.

82. Amazon denies the allegations in Paragraph 82.

83. Amazon denies the allegations in Paragraph 83.

84. Amazon denies the allegations directed against it in Paragraph 84. With respect to the allegations in Paragraph 84 that are directed toward a defendant other than Amazon, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 84 and therefore denies the allegations.

85. Amazon denies the allegations directed against it in Paragraph 85. With respect to the allegations in Paragraph 85 that are directed toward a defendant other than Amazon, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 85 and therefore denies the allegations.

86. Amazon denies the allegations in Paragraph 86.

87. Amazon denies the allegations in Paragraph 87.

88. Amazon denies the allegations in Paragraph 88.

89. Amazon denies the allegations in Paragraph 89.

90. Amazon denies the allegations in Paragraph 90.

91. Amazon denies the allegations in Paragraph 91.

92. Amazon denies the allegations in Paragraph 92.

93. The allegations in Paragraph 93 state a legal conclusion to which no response is required. To the extent a response is required, Amazon denies the allegations in Paragraph 93.

In response to the unnumbered "WHEREFORE" clause which follows Paragraph 93, Amazon denies that Plaintiffs are entitled to any relief from Amazon whatsoever, whether legal or equitable.

**COUNT THREE: STRICT PRODUCTS LIABILITY – DEFECTIVE DESIGN AND MANUFACTURE**
**(Against All Defendants)**

94. In response to Paragraph 94, Amazon incorporates by reference its responses to all prior paragraphs of the Amended Complaint as though fully and effectively set forth verbatim herein.

95. Amazon denies the allegations directed against it in Paragraph 95. With respect to the allegations in Paragraph 95 that are directed toward a defendant other than Amazon, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 95 and therefore denies the allegations.

96. Amazon denies the allegations in Paragraph 96.

97. Amazon denies the allegations directed against it in Paragraph 97. With respect to the allegations in Paragraph 97 that are directed toward a defendant other than Amazon, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 97 and therefore denies the allegations.

98. Amazon denies the allegations directed against it in Paragraph 98. With respect to the allegations in Paragraph 98 that are directed toward a defendant other than Amazon, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 98 and therefore denies the allegations.

99. Amazon denies the allegations directed against it in Paragraph 99. With respect to the allegations in Paragraph 99 that are directed toward a defendant other than Amazon and pertain

to Plaintiffs' use of the product, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 99 and therefore denies the allegations.

100. Amazon denies the allegations directed against it in Paragraph 100. With respect to the allegations in Paragraph 100 that are directed toward a defendant other than Amazon and pertain to Plaintiffs' use of the product, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 100 and therefore denies the allegations.

101. Amazon denies the allegations in Paragraph 101.

102. Amazon denies the allegations in Paragraph 102.

103. Amazon denies the allegations in Paragraph 103.

104. Amazon denies the allegations in Paragraph 104.

105. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 105 and therefore denies the allegations.

106. Amazon denies the allegations in Paragraph 106.

107. The allegations in Paragraph 107 state a legal conclusion to which no response is required. To the extent a response is required, Amazon denies the allegations in Paragraph 107.

In response to the unnumbered "WHEREFORE" clause which follows Paragraph 107, Amazon denies that Plaintiffs are entitled to any relief from Amazon whatsoever, whether legal or equitable.

## COUNT FOUR: NEGLIGENT DESIGN
**(Against All Defendants)**

108. In response to Paragraph 108, Amazon incorporates by reference its responses to all prior paragraphs of the Amended Complaint as though fully and effectively set forth verbatim herein.

109. Amazon denies the allegations directed against it in Paragraph 109. With respect to the allegations in Paragraph 109 that are directed toward a defendant other than Amazon, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 109 and therefore denies the allegations.

110. Amazon denies the allegations directed against it in Paragraph 110. With respect to the allegations in Paragraph 110 that are directed toward a defendant other than Amazon, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 110 and therefore denies the allegations.

In response to the unnumbered “WHEREFORE” clause which follows Paragraph 110, Amazon denies that Plaintiffs are entitled to any relief from Amazon whatsoever, whether legal or equitable.

**COUNT FIVE: NEGLIGENT FAILURE TO WARN**
**(Against All Defendants)**

111. In response to Paragraph 111, Amazon incorporates by reference its responses to all prior paragraphs of the Amended Complaint as though fully and effectively set forth verbatim herein.

112. Amazon denies the allegations in Paragraph 112.

113. Amazon denies the allegations directed against it in Paragraph 113. With respect to the allegations in Paragraph 113 that are directed toward a defendant other than Amazon, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 113 and therefore denies the allegations.

114. Amazon denies the allegations in Paragraph 114.

115. Amazon denies the allegations in Paragraph 115.

116. Amazon denies the allegations directed against it in Paragraph 116. With respect to the allegations in Paragraph 116 that are directed toward a defendant other than Amazon, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 116 and therefore denies the allegations.

117. Amazon denies the allegations in Paragraph 117.

118. Amazon denies the allegations in Paragraph 118.

119. Amazon denies the allegations directed against it in Paragraph 119. With respect to the allegations in Paragraph 119 that are directed toward a defendant other than Amazon, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 119 and therefore denies the allegations.

120. Amazon denies the allegations in Paragraph 120.

121. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 121 and therefore denies the allegations.

122. Amazon denies the allegations in Paragraph 122.

123. Amazon denies the allegations in Paragraph 123.

124. Amazon denies the allegations in Paragraph 124.

125. The allegations in Paragraph 125 state a legal conclusion to which no response is required. To the extent a response is required, Amazon denies the allegations in Paragraph 125.

In response to the unnumbered “WHEREFORE” clause which follows Paragraph 125, Amazon denies that Plaintiffs are entitled to any relief from Amazon whatsoever, whether legal or equitable.

**COUNT SIX: NEGLIGENT MISREPRESENTATION**
**(Against All Defendants)**

126. In response to Paragraph 126, Amazon incorporates by reference its responses to all prior paragraphs of the Amended Complaint as though fully and effectively set forth verbatim herein.

127. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 127 and therefore denies the allegations.

128. Amazon denies the allegations directed against it in Paragraph 128. With respect to the allegations in Paragraph 128 that are directed toward a defendant other than Amazon, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 128 and therefore denies the allegations.

129. Amazon denies the allegations directed against it in Paragraph 129. With respect to the allegations in Paragraph 129 that are directed toward a defendant other than Amazon, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 129 and therefore denies the allegations.

130. The allegations in Paragraph 130 state a legal conclusion to which no response is required. To the extent a response is required, Amazon denies the allegations directed against it in Paragraph 130. With respect to the allegations in Paragraph 130 that are directed toward a defendant other than Amazon, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 130 and therefore denies the allegations.

131. Amazon denies the allegations in Paragraph 131.

132. The allegations in Paragraph 132 state a legal conclusion to which no response is required. To the extent a response is required, Amazon denies the allegations directed against it in

Paragraph 132. With respect to the allegations in Paragraph 132 that are directed toward a defendant other than Amazon, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 132 and therefore denies the allegations.

133. Amazon denies the allegations in Paragraph 133.

134. The allegations in Paragraph 134 state a legal conclusion to which no response is required. To the extent a response is required, Amazon denies the allegations in Paragraph 134.

135. Amazon denies the allegations in Paragraph 135.

136. Amazon denies the allegations in Paragraph 136.

137. The allegations in Paragraph 137 state a legal conclusion to which no response is required. To the extent a response is required, Amazon denies the allegations in Paragraph 137.

In response to the unnumbered "WHEREFORE" clause which follows Paragraph 137, Amazon denies that Plaintiffs are entitled to any relief from Amazon whatsoever, whether legal or equitable.

**COUNT SEVEN: BREACH OF IMPLIED WARRANTY**
**(Against All Defendants)**

138. In response to Paragraph 138, Amazon incorporates by reference its responses to all prior paragraphs of the Amended Complaint as though fully and effectively set forth verbatim herein.

139. Amazon denies the allegations in Paragraph 139.

140. Amazon denies the allegations directed against it in Paragraph 140. With respect to the allegations in Paragraph 140 that are directed toward a defendant other than Amazon, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 140 and therefore denies the allegations.

141. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 141 and therefore denies the allegations.

142. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 142 and therefore denies the allegations.

143. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 143 and therefore denies the allegations.

144. Amazon denies the allegations in Paragraph 144.

145. Amazon denies the allegations in Paragraph 145.

146. Amazon denies the allegations directed against it in Paragraph 146. With respect to the allegations in Paragraph 146 that are directed toward a defendant other than Amazon, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 146 and therefore denies the allegations.

147. Amazon denies the allegations directed against it in Paragraph 147. With respect to the allegations in Paragraph 147 that are directed toward a defendant other than Amazon, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 147 and therefore denies the allegations.

148. Amazon denies the allegations in Paragraph 148.

149. Amazon denies the allegations in Paragraph 149.

150. The allegations in Paragraph 150 state a legal conclusion to which no response is required. To the extent a response is required, Amazon denies the allegations in Paragraph 150.

In response to the unnumbered “WHEREFORE” clause which follows Paragraph 150, Amazon denies that Plaintiffs are entitled to any relief from Amazon whatsoever, whether legal or equitable.

## COUNT EIGHT: LOSS OF CONSORTIUM
**(Against All Defendants)**

151. In response to Paragraph 151, Amazon incorporates by reference its responses to all prior paragraphs of the Amended Complaint as though fully and effectively set forth verbatim herein.

152. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 152 and therefore denies the allegations.

153. The allegations in Paragraph 153 state a legal conclusion to which no response is required. To the extent a response is required, Amazon denies the allegations.

In response to the unnumbered "WHEREFORE" clause which follows Paragraph 153, Amazon denies that Plaintiffs are entitled to any relief from Amazon whatsoever, whether legal or equitable.

## AMAZON'S RESPONSE TO PLAINTIFFS' PRAYER FOR RELIEF

In response to Plaintiffs' Prayer for Relief, Amazon denies that Plaintiffs are entitled to any relief from Amazon whatsoever, whether legal or equitable.

## AMAZON'S ADDITIONAL AND AFFIRMATIVE DEFENSES

Having fully answered Plaintiffs' Amended Complaint, Amazon asserts the following additional and affirmative defenses:

### FOR A FIRST DEFENSE

Amazon incorporates by reference any defenses set forth in its responses to Paragraphs 1 through 153 of Plaintiffs' Amended Complaint, as if set forth in full herein.

### FOR A SECOND DEFENSE

Plaintiffs' Amended Complaint, and each cause of action therein, fails to state a claim upon which relief may be granted against Amazon.

**FOR A THIRD DEFENSE**

Plaintiffs' claims are barred, in whole or in part, by the applicable statutes of limitation and/or statutes of repose.

**FOR A FOURTH DEFENSE**

Amazon did not proximately cause Plaintiffs' alleged injuries and damages, and, therefore, Plaintiffs may not recover against Amazon.

**FOR A FIFTH DEFENSE**

Amazon submits that the injuries and damages for which Plaintiffs seek recovery may be due to, and proximately caused by, modification or alteration of the subject product, and, therefore, Plaintiffs may not recover against Amazon.

**FOR A SIXTH DEFENSE**

Amazon submits that the injuries and damages for which Plaintiffs seek recovery were due to and proximately caused by the misuse or abuse of the subject product, and, therefore, Plaintiffs may not recover against Amazon.

**FOR A SEVENTH DEFENSE**

Amazon did not design, manufacture, sell, supply, or distribute the product at issue, and, therefore, Plaintiffs may not recover against Amazon.

**FOR AN EIGHTH DEFENSE**

Although Amazon did not manufacture the subject product at issue in this case, upon information and belief, the product was properly manufactured and sold with adequate literature, instructions, warnings, etc., and therefore Plaintiffs may not recover against Amazon.

**FOR A NINTH DEFENSE**

Any activity performed or conducted by the other defendants and/or others in relation to the design, manufacture, engineering, distribution, and sale of the subject product were in conformity and in compliance with state-of-the-art and prevailing customs, and in compliance with all applicable federal and state legislative regulatory standards or administrative regulatory safety standards relating to the manufacture and performance of the product, and therefore Plaintiffs may not recover against Amazon.

**FOR A TENTH DEFENSE**

Such injuries and damages as Plaintiffs sustained, if any, at the time and place as alleged in the Amended Complaint, may have been caused and occasioned by the negligence, recklessness, willfulness and wantonness of Plaintiffs, which negligence, recklessness, willfulness and wantonness, as aforesaid, combining and concurring with that of Amazon, if any, and the same is denied, contributed to Plaintiffs' alleged injuries and damages as a proximate cause thereof. Such negligence, recklessness, willfulness and wantonness of Plaintiffs was greater in proportion to the negligence of Amazon, if any, and the same is denied, and therefore Amazon expressly pleads the comparative negligence, recklessness, willfulness and wantonness of Plaintiffs as a complete bar to any recovery against Amazon in this action; in the alternative, Amazon is entitled to a reduction of damages based upon the percentage of the negligence, recklessness, willfulness and wantonness of Plaintiffs.

**FOR AN ELEVENTH DEFENSE**

Such injuries and damages as Plaintiffs sustained, if any, at the time and place as alleged in the Amended Complaint, may have been caused and occasioned by the negligence, recklessness, willfulness and wantonness of the co-defendants, which negligence, recklessness, willfulness and

wantonness, as aforesaid, combining and concurring with that of Amazon, if any, and the same is denied, contributed to Plaintiffs' alleged injuries and damages as a proximate cause thereof. Such negligence, recklessness, willfulness and wantonness of co-defendants were greater in proportion to the negligence of Amazon, if any, and the same is denied, and therefore Amazon expressly pleads the comparative negligence, recklessness, willfulness and wantonness of co-defendants as a complete bar to any recovery against Amazon in this action; in the alternative, Amazon is entitled to a reduction of damages based upon the percentage of the negligence, recklessness, willfulness and wantonness of co-defendants.

**FOR A TWELFTH DEFENSE**

Amazon's alleged actions were not causally related to or connected to Plaintiffs' alleged injuries and damages because the alleged causal connection between Plaintiffs' alleged injuries and damages was broken by the subsequent and intervening negligence, recklessness, willfulness and wantonness of Plaintiffs, and such subsequent and intervening negligence, recklessness, willfulness and wantonness was the proximate cause of the injuries and damages of which Plaintiffs complain. Therefore, Plaintiffs may not recover from Amazon.

**FOR A THIRTEENTH DEFENSE**

The injuries and damages Plaintiffs sustained, if any, were due to, caused, and occasioned by the voluntary actions of Plaintiffs taken with full knowledge of the risks associated therewith, of which Plaintiffs, in the exercise of due care, should have known or appreciated. Therefore, Plaintiffs may not recover against Amazon due to Plaintiffs' voluntary assumption of a known risk.

**FOR A FOURTEENTH DEFENSE**

Amazon expressly and effectively disclaimed any and all express and implied warranties, including the implied warranties of merchantability and fitness for a particular purpose. Therefore, Plaintiffs may not recover from Amazon for any breach of warranty claims.

**FOR A FIFTEENTH DEFENSE**

Plaintiffs' claims are barred, in whole or in part, by all equitable doctrines available to Amazon including, but not limited to, waiver, release, satisfaction, discharge, consent, estoppel, unjust enrichment, laches, and unclean hands.

**FOR A SIXTEENTH DEFENSE**

Plaintiffs and other third persons not a party or parties to this action, were negligent or legally responsible or otherwise at fault for the damages alleged in the Amended Complaint. Therefore, Amazon requests that in any finding of any liability in favor of Plaintiffs, or settlement through a judgment against these defendants, the same of which is denied, an apportionment of fault be made among all parties by the Court or jury.

**FOR A SEVENTEENTH DEFENSE**

Amazon places at issue the negligence, fault, and responsibility, if any, of all persons or entities who contributed to the injuries, damages, and/or losses alleged by Plaintiffs in proportion to each person's or entity's negligence, fault, or responsibility. Judgment, if any, against Amazon should be diminished to an amount that represents its proportionate share of Plaintiffs' total damages, if any such damages or liability exist, which Amazon denies. Potential entities with fault include: (a) the manufacturer of the subject product, identified as Nurse Assist, LLC; (b) the distributor or seller of the subject product, identified as Neurovend, LLC d/b/a Stateside Medical Supply; (c) the private equity entities that financially controlled Nurse Assist, identified as Tower

Three Partners LLC, LBC Credit Partners IV, L.P., LBC-P Credit Fund, L.P., LBC-A Credit Fund, L.P., CIFC Asset Management, LLC, and CIFC LLC; and (d) the user of the subject product, identified as Plaintiff Charles Crummie. At this time, the identities of additional non-parties who may have contributed to Plaintiffs' alleged damages are unknown to Amazon, and Amazon reserves the right to identify additional such non-parties after they become known.

**FOR AN EIGHTEENTH DEFENSE**

Amazon submits that the injuries and damages for which Plaintiffs seek recovery were due to, and proximately caused by, the sole negligence, recklessness, willfulness, wantonness, criminal acts, and fault of third parties for whom Amazon is not liable. Therefore, the acts or fault of third parties are the real, efficient, direct, and proximate cause of the injuries for which Plaintiffs seek recovery, and, therefore, Plaintiffs cannot recover against Amazon.

**FOR A NINETEENTH DEFENSE**

Amazon is entitled to a determination of the percentage of responsibility of every other responsible party, even if such responsible party has not been joined in this action, for each such person causing or contributing to cause in any way the harm for which recovery of damages is sought, whether by negligent act or omission, by other conduct or activity that violates an applicable legal standard, or by any combination thereof, and, if Amazon is found liable, which liability it continues to deny, then Amazon is entitled to a reduction of its liability to the extent of determined percentage of responsibility pursuant to and consistent with S.C. Code Ann. §§ 15-38-15 and/or 20.

**FOR A TWENTIETH DEFENSE**

Amazon reserves the right to tender the defense of this matter, assert cross claims where applicable, and seek indemnification from any parties or potential third persons not currently a

party or parties to this action.

**FOR A TWENTY-FIRST DEFENSE**

The Communications Decency Act, 47 U.S.C. § 230, bars and/or preempts some or all of Plaintiffs' claims against Amazon to the extent they are based on third-party content.

**FOR A TWENTY-SECOND DEFENSE**

Amazon affirmatively pleads all defenses, which are or may become available to it under *Restatement (Second) of Torts* § 402A and the comments thereto, as codified by S.C. Code Ann. § 15-73-30.

**FOR A TWENTY-THIRD DEFENSE**

To the extent Plaintiffs seek punitive damages against Amazon pursuant to a strict liability cause of action, that claim is barred because punitive damages are not recoverable under a strict liability cause of action.

**FOR A TWENTY-FOURTH DEFENSE**

Amazon submits that it is entitled to a set off or credit for any amount paid to Plaintiffs by any third party as compensation for the injuries and damages for which Plaintiffs seek recovery herein.

**FOR A TWENTY-FIFTH DEFENSE**

Amazon denies Plaintiffs' claim for punitive damages. An award of punitive damages under federal and South Carolina law violates the Fifth and Fourteenth Amendments of the United States Constitution, and Article I, Section 3 of the South Carolina Constitution in that:

a. The judiciary's ability to correct a punitive damages award only upon a finding of passion, prejudice, or caprice is inconsistent with due process guarantees;

b. Any award of punitive damages serving a compensatory function is inconsistent with due process guarantees;

c. Any award of punitive damages based upon the wealth or corporate status of Amazon violates due process guarantees;

d. The jury's unfettered power to award punitive damages in any amount it chooses is wholly devoid of meaningful standards and is inconsistent with due process guarantees;

e. Even if it could be argued that the standard governing the imposition of punitive damages exists, the standard is void for vagueness;

f. Plaintiffs' claims for punitive damages violate the equal protection clause of the Fourteenth Amendment of the United States Constitution, and Article I, Section 3 of the South Carolina Constitution in that the amount of punitive damages is based upon the wealth of Amazon; and

g. Any award of punitive damages for conduct or activity of Amazon outside the State of South Carolina is inconsistent with the interest of federalism.

Plaintiffs' claim for punitive damages also violates the federal doctrine of separation of powers and Article I, Section 3 of the South Carolina Constitution for the reason that punitive damages are a creation of the judicial branch of government, which invades the province of the legislative branch of government.

## FOR A TWENTY-SIXTH DEFENSE

Amazon affirmatively pleads that any claim for punitive damages must comply with the South Carolina Noneconomic Damages Awards Act of 2005, S.C. Code Ann. § 15-32-200, *et seq.*, including, but not limited to, the punitive damages recovery limits imposed by S.C. Code Ann. § 15-32-530.

**FOR A TWENTY-SEVENTH DEFENSE**

Amazon incorporates by reference the warnings and instructions included on the product label(s) and packaging at the time of the initial sale.

**FOR A TWENTY-EIGHTH DEFENSE**

Amazon alleges, upon information and belief, that spoliation of evidence in this case has prevented or may prevent it from properly and adequately preparing a defense and that it has been or may be irreparably prejudiced and, therefore, Plaintiffs' recovery in this matter should be barred or, alternatively, an appropriate sanction issued.

**FOR A TWENTY-NINTH DEFENSE**

To the extent consistent with the defenses and allegations asserted by Amazon in its Answer to Plaintiffs' Amended Complaint, Amazon adopts and incorporates herein by reference the defenses and affirmative defenses asserted or alleged by any other Defendant to this action.

**FOR A THIRTIETH DEFENSE**

Upon information and belief, Plaintiffs have failed to join a necessary party under Fed. R. Civ. P. 19. Therefore, Plaintiffs' Amended Complaint, and all claims asserted therein, should be dismissed.

**FOR A THIRTY-FIRST DEFENSE**

Amazon submits that it has not had an opportunity to conduct a sufficient investigation or to engage in adequate discovery regarding the circumstances of Plaintiffs' allegations. Amazon intends to inform itself of the pertinent facts and prevailing circumstances surrounding any reported damage as alleged in Plaintiffs' Amended Complaint and gives notice of its intent to assert any further defenses that its information gathering process may indicate are supported by fact and law. These defenses may include, but are not limited to, a defense that the action is barred

in whole or in part by any applicable statute, contract, release, covenant, and the doctrine of laches. Amazon thus reserves the right to amend this Answer and assert additional defenses.

## AMAZON'S PRAYER FOR RELIEF

WHEREFORE, having fully answered Plaintiffs' Amended Complaint, Amazon prays that the Amended Complaint be dismissed, with prejudice, and for such other and further relief as the Court may deem just and proper.

July 30, 2026 By: s/ Carmelo B. Sammataro

Carmelo B. Sammataro (Fed. I.D. # 9174)
Abigail C. Bray (Fed. I.D. # 13676)
Turner, Padget, Graham & Laney, P.A.
Post Office Box 1473
Columbia, SC 29202
Phone: (803) 254-2200
Fax: (803) 799-3957
SSammataro@TurnerPadget.com
ABray@TurnerPadget.com

**ATTORNEYS FOR DEFENDANTS NEUROVEND, LLC D/B/A STATESIDE MEDICAL SUPPLY AND AMAZON.COM, INC.**